**Notice of Undeliverable Mail to Debtor/Debtor's Attorney**

U.S. Bankruptcy Court, Western District of Texas – Undeliverable Notice, In re: Dustin Johnson Exteriors, LLC, Case Number: 22-10673, tmd, Ref: [p-188297055]

Attorney: Ron Satija

_____

**Modified Creditor Address:**

Sarah Cash
2666 Pipping Rock Trail
Austin, TX 78749