UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DUSTIN JOHNSON EXTERIORS, LLC, | § | Case No. 22-10673-tmd |
| | § | |
| DEBTOR. | § | SubChapter V |

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION**

I, Brad W. Odell, having been appointed trustee of the estate of the above-named debtor, report I never received any funds of the Debtor while serving as trustee. A plan was not confirmed, and the case was converted to a Chapter 7 on December 30, 2022. Because a plan was not confirmed, I have not received any plan payments or any other payments or funds from the Debtor. Therefore, I have not distributed any funds of the Debtor. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: February 28, 2023.                Respectfully submitted,

                                                       By:   /s/ Brad W. Odell
                                                             Brad W. Odell
                                                             Texas Bar No. 24065839

                                                       1500 Broadway, Suite 700
                                                       Lubbock, TX 79401
                                                       Email: bodell@mhba.com
                                                       Phone: 806-765-7491
                                                       ***Subchapter V Trustee***